**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: R.E.M., A MINOR    :    No. 566 MAL 2016
                                       :
                                       :
PETITION OF: R.E.M., A MINOR           :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.